Argued January 30, affirmed January 30, 1973

STATE OF OREGON, *Respondent*, *v.*
EUGENE L. HUGHES (No. C 71-12-3904 Cr),
*Appellant.*

505 P2d 351

*John K. Hoover*, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn*, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.